UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Gloria Estrada, an individual,

        Plaintiff,

     -against-

Kao USA, Inc.; Wella Operations US, LLC; Coty, Inc.;
Clairol; L'Oréal USA, Inc.; L'Oréal USA Products, Inc.;
Henkel a/k/a Henkel AG & Co. KGaA; Joico; Pravana;
John Paul Mitchell Systems, inclusive,

        Defendants.
------------------------------------------------------------------------X

Case No. 1:26-cv-02997-NRB

**DECLARATION OF BERJ K. PARSEGHIAN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

I, Berj K. Parseghian, declare as follows:

1.     I am a partner in the law firm Lippes Mathias LLP, attorneys for defendant Henkel Corporation ("Henkel"), incorrectly named herein as Henkel a/k/a Henkel AG & Co. KGaA.  I submit this declaration in support of Henkel's opposition to Plaintiff's Motion to Remand.  I have personal knowledge of the matters set forth below and am competent to testify thereto under oath.

2.     A true and correct copy of the Summons and Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oreal USA, Inc. on April 10, 2026 is attached as Exhibit A.

3.     A true and correct copy of the Summons and Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oreal USA Products, Inc. on April 10, 2026 is attached as Exhibit B.

4.     A true and correct copy of the Affirmation of Service on defendant L'Oreal USA, Inc. filed by Plaintiff in the Supreme Court of the State of New York, County of New York on April 13, 2026 is attached as Exhibit C.

1

5.  A true and correct copy of the Affirmation of Service on defendant L'Oreal USA Products, Inc. filed by Plaintiff in the Supreme Court of the State of New York, County of New York on April 13, 2026 is attached as Exhibit D.

6.  A true and correct copy of the Summons and Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oreal USA, Inc. on April 13, 2026 is attached as Exhibit E.

7.  A true and correct copy of the Summons and Complaint delivered by Plaintiff to Corporation Service Company as registered agent for defendant L'Oreal USA Products, Inc. on April 13, 2026 is attached as Exhibit F.

8.  A true and correct copy of the Affirmation of Service on defendant L'Oreal USA, Inc. filed by Plaintiff in the Supreme Court of the State of New York, County of New York on April 15, 2026 is attached as Exhibit G.

9.  A true and correct copy of the Affirmation of Service on defendant L'Oreal USA Products, Inc. filed by Plaintiff in the Supreme Court of the State of New York, County of New York on April 15, 2026 is attached as Exhibit H.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in New York, New York on May 12, 2026.

*/s/ Berj K. Parseghian*

BERJ K. PARSEGHIAN

2