INDEX NO. 154660/2026
RECEIVED NYSCEF: 04/15/2026

Case 1:26-cv-02997-NRB    Document 22-8    Filed 05/12/26    Page 1 of 1

# AFFIRMATION OF SERVICE

**State of New York**                **County of New York**                **Supreme Court**

Index Number: 154660/2026
Date Filed: 4/10/2026

Plaintiff: **GLORIA ESTRADA, an individual**
vs.
Defendant: **KAO USA, INC.; WELLA OPERATIONS US, LLC; COTY, INC.;
CLAIROL; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.;
HENKEL a/k/a HENKEL AG & Co.
KGaA; JOICO; PRAVANA; JOHN PAUL MITCHELL SYSTEMS, inclusive,**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **L'ORÉAL USA PRODUCTS, INC., c/o Corporation Service Company, 80 State Street, Albany, NY 12207.**

I, Dylan Jones, do hereby affirm that on the **13th day of April, 2026 at 2:30 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Verified Complaint with Notice of Electronic Filing** to: **Minard Carkner** , Authorized to Accept Service, as **Litigation Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **L'ORÉAL USA PRODUCTS, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____4/14/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
**Dylan Jones**
Process Server

**Nicoletti & Harris**
**101 Avenue Of The Americas**
**9th Floor**
**New York, NY 10013**

Our Job Serial Number: NHI-2026009913